BERNHARD FREUND, Respondent, *v.* LOUIS BIEL et al., Appellants.

*Freund* v. *Biel*, 114 App. Div. 400, affirmed.
(Argued November 17, 1908; decided December 1, 1908.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered October 26, 1906, reversing a judgment in favor of defendants entered upon dismissal of the complaint by the court on trial at Special Term in an action to recover certain moneys alleged to have been received by defendants for damages to certain real property in violation of a reservation contained in the deed thereof.

*Sol. M. Stroock* and *Samuel Heyman* for appellants.

*A. J. Skinner* for respondent.

Order affirmed and judgment absolute ordered against appellants on the stipulation, with costs in all courts; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.